# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN THOMAS,<br><br>            Plaintiff,<br><br>     v.<br><br>MARLENE SMITH, et al.,<br><br>            Defendants.<br>_____/ | Case No.  1:14-cv-02002 AWI DLB PC<br>New Case No. 1:14-cv-2002 LJO GSA PC<br><br>ORDER RELATING CASES AND REASSIGNING ACTION TO DISTRICT JUDGE LAWRENCE J. O'NEILL AND MAGISTRATE JUDGE GARY S. AUSTIN |

Plaintiff Larry William Cortinas is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 16, 2014, the action was removed to this Court from state court.  (ECF 1.)

The Court's review of this action reveals that it is related under Local Rule 123 to the action entitled Sands v. Smith, 1:14-cv-01780-LJO-GSA. These actions are based on the same underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with case 1:14-cv-01780-LJO-GSA;

2. This case shall be reassigned to the docket of District Judge Lawrence J. O'Neill and the docket of Magistrate Judge Gary S. Austin;

3. The new case number shall be:

   **1:14-cv-02002 LJO GSA PC**

and all future pleadings and/or correspondence must be so numbered. Use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution of copies to the judge assigned.

IT IS SO ORDERED.

Dated:   **March 20, 2015**                    /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE