# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN H. THOMAS,<br><br>          Plaintiff,<br><br>     vs.<br><br>SMITH, et al.,<br><br>          Defendants. | 1:14-cv-02002-LJO-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS HEARING BEFORE JUDGE ERICA P. GROSJEAN<br><br>**August 30, 2016 at 11:00 a.m.**<br>**Courtroom 10 (EPG)** |

### PLEASE TAKE NOTICE

This case is now scheduled for a telephonic status hearing on **August 30, 2016 at 11:00 a.m.** before Magistrate Judge Erica P. Grosjean. The parties shall be prepared to discuss the status of this case and a plan for proceeding toward trial. The Court intends to set a trial date at that time, keeping in mind the status of the case and needs of the parties.

Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status hearing and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:   **May 2, 2016**                         /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE