1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   MELVIN THOMAS,                          1:14-cv-02002-LJO-EPG (PC)

11              Plaintiff,

12        v.                                 ORDER TO FACILITATE
                                             TELEPHONE CALL
13   MARLENE SMITH, et al.,

14              Defendants.

15

16        Plaintiff, Melvin Thomas, is a state prisoner proceeding *pro se* in a civil rights action

17   pursuant to 42 U.S.C. § 1983.  A settlement conference has been set in this case for September

18   29, 2016 before Magistrate Judge Barbara A. McAuliffe.  (ECF No. 22.)  In order to adequately

19   prepare for a productive settlement conference, the court will order the Warden and the

20   correctional staff at Valley State Prison (VSP) to facilitate a telephone call between the settlement

21   judge and inmate Melvin Thomas (V-35835).

22        In accordance with the above, IT IS HEREBY ORDERED that:

23        1.  The Warden, Litigation Coordinator, and other correctional staff as needed at VSP,

24             shall facilitate a telephone call between Melvin Thomas and the settlement judge,

25             Magistrate Judge Barbara A. McAuliffe.

26        2.  The telephone call shall be placed on **Friday, September 23, 2016**, to begin at **11:15**

27             **a.m**.  Correctional staff shall initiate the phone call.  The number to be dialed can be

28

1    obtained in advance by contacting Harriet Herman, courtroom deputy for Magistrate

2    Judge McAuliffe, at (559) 499-5788.

3    3.   Failure to comply with this order may result in an order requiring the Warden of VSP,

4         or others responsible for the failure to comply, to appear before the court to show

5         cause why sanctions should not be imposed against them.

6    4.   The Clerk of the Court is ordered to serve this order by facsimile (559) 665-8919 and

7         email on the Warden and Litigation Coordinator at VSP.

8

9    IT IS SO ORDERED.

10   Dated:   **September 15, 2016**              /s/ *Barbara A. McAuliffe*

11                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2