1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  JUSTIN W. WALKER, State Bar No. 276757
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA  94244-2550
    Telephone:  (916) 322-2192
6   Facsimile:  (916) 324-5205
   *Attorneys for Defendants*
7  *Clark, Graves, and Smith-Robicheaux*

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  **MELVIN H. THOMAS**,

13                              Plaintiff,

14          v.

15

16  **MARLENE SMITH, et al.**,

17                              Defendants.

Case No. 1:14-cv-02002-LJO-EPG (PC)

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)); ORDER**

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

1    Plaintiff Melvin H. Thomas and Defendants N. Clark, A. Graves, and M. Smith-

2  Robicheaux have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal

3  of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4    Each party shall bear its own litigation costs and attorney's fees.

5    It is so stipulated.

6

7  Dated: _____

8                                                            Melvin Thomas
                                                             Plaintiff
9

10  Dated: _____

11                                                           Justin W. Walker
                                                             Deputy Attorney General
12                                                           California Attorney General's Office
                                                             *Attorney for Defendants Clark, Graves, and*
13                                                           *Smith-Robicheaux*

14

15                                   **ORDER**

16    Based on the parties' stipulation (a fully executed version of which is located at ECF No.

17  32), this action is DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii). Defendants'

18  pending motion to dismiss (ECF No. 16) is DENIED as moot.

19

IT IS SO ORDERED.

20

21    Dated:    **September 30, 2016**          **/s/ Lawrence J. O'Neill**_____
                                                  UNITED STATES CHIEF DISTRICT JUDGE

22

23

24

25

26

27

28

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (1:14-cv-02002-LJO-EPG (PC))